UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TUREK ENTERPRISES, INC., d/b/a,
ALCONA CHIROPRACTIC

        Plaintiff,

V                                              Case No. 20-11655
                                              Honorable Thomas L. Ludington

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
STATE FARM FIRE AND CASUALTY
COMPANY,

        Defendant.
_____/

**JUDGMENT**

In accordance with the Court's order granting Defendants' motion to dismiss and dismissing the complaint with prejudice entered on this date,

It is **ORDERED** that Defendants' Motion to Dismiss, ECF No. 12, is **GRANTED**.

It is further **ORDERED AND ADJUDGED** that Plaintiff's complaint, ECF No. 1, is **DISMISSED WITH PREJUDICE**.

Dated: September 3, 2020                            s/Thomas L. Ludington
                                                              THOMAS L. LUDINGTON
                                                               United States District Judge